IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STEPHEN ROY WALKER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 1:17-CV-462-BLW<br>               1:15-CR-219-BLW<br><br>**ORDER** |

The Court, having considered the Motion of the United States Attorney requesting a waiver of the attorney-client privilege and unsealing of the change of plea hearing, insofar as necessary to permit the Government to inquire into the specific allegations of ineffective assistance of counsel raised in Petitioner's § 2255 Petition, and being fully advised on the premises,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion (docket no. 4) is GRANTED.

IT IS FURTHER ORDERED, that Attorney Andrew Parnes is directed to make himself available at a reasonable time and place to answer material questions presented by the Assistant United States Attorney regarding Mr. Stephen Walker's § 2255 Motion, and to provide an affidavit, within thirty (30) days of this Order, addressing his knowledge regarding any material issue raised by Mr. Stephen Walker in his § 2255 Petition. Further, if Mr. Parnes possesses any notes, letters,

documents, or witness statement that are relevant to the allegations in Mr. Stephen Walker's Motion, he is directed to produce copies to the Assistant United States Attorney within thirty (30) days of the date of this Order.

IT IS FURTHER ORDERED, that the transcript from the change of plea hearing before this Court on August 4, 2016 be provided to the Government, including the portion of the hearing that was sealed from the government and public view.

IT IS FURTHER ORDERED, that the Government shall have ninety (90) days from the date of this Order to respond to Mr. Stephen Walker's § 2255 Motion. This should provide sufficient time for the Assistant United States Attorney to speak with Mr. Parnes and/or review Mr. Parnes affidavit, for the purpose of meaningfully responding to Mr. Stephen Walker's claims.

DATED: May 2, 2018

_____
B. Lynn Winmill
Chief U.S. District Court Judge